# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN M. BETSINGER,
Appellant,
vs.
DHI MORTGAGE COMPANY, LTD., A
TEXAS LIMITED PARTNERSHIP,
Respondent.

No. 78942

**FILED**

JUL 2 9 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to appellant's motion to voluntarily dismiss appeal filed on June 26, 2019, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Kathleen E. Delaney, District Judge
The Feldman Firm
McDonald Carano LLP/Las Vegas
Eighth District Court Clerk

19-31799